**DENY and Opinion Filed March 21, 2023**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-23-00036-CV**

## IN RE UNITED SPECIALTY INSURANCE COMPANY, Relator

**Original Proceeding from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-01250**

## MEMORANDUM OPINION
Before Justices Reichek, Nowell, and Miskel
Opinion by Justice Nowell

In this original proceeding, relator seeks mandamus relief from the trial court's order granting real party in interest's motion to quash non-party discovery requests and motion for protection.

Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that relator lacks an adequate remedy by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing the petition and the record before us, we conclude that relator has failed to demonstrate that the trial court abused its discretion.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

/Erin A. Nowell/

ERIN A. NOWELL
JUSTICE

230036F.P05